IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CATHERINE M. DRYSLEWSKI            :
                                    :
       vs.                          :    CIVIL ACTION NO. 02-3016
                                    :
UNUM LIFE INSURANCE COMPANY         :
OF AMERICA                          :

**ORDER**

      **AND NOW,** this 18th day of July, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

[ ]  -  Order staying these proceedings pending disposition of a related action.

[ ]  -  Order staying these proceedings pending determination of arbitration proceedings.

[ ]  -  Interlocutory appeal filed

[x]  -  Other: pending settlement discussions, without prejudice to either party should negotiations not result in resolution.

it is
      **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

      **FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.*

**BY THE COURT:**

_____
J.

*Placed in suspense until August 23, 2002.  Counsel to submit a written status report by August 16, 2002.

Civ. 13 (8/80)