IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CATHERINE M. DRYSLEWSKI** | : | **CIVIL ACTION** |
| | : | |
| | : | **NO. 02-CV-3016** |
| vs. | : | |
| | : | **JUDGE LUDWIG** |
| | : | |
| **UNUM LIFE INSURANCE COMPANY** | : | |
| **OF AMERICA** | : | |

## ENTRY OF APPEARANCE ON BEHALF OF DEFENDANT

**TO THE CLERK:**

The undersigned hereby enter their appearance on behalf of Defendant UNUM Life Insurance Company of America.

**DATE:** _____

**RICHARD L. MCMONIGLE, ESQUIRE**
**STEVEN J. SCHILDT, ESQUIRE**
**Attorneys for Defendant**
Post & Schell, P.C.
1800 JFK Boulevard
Philadelphia, PA 19103
(215) 587-1089