IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


CATHERINE M. DRYSLEWSKI          :          CIVIL ACTION

                                 :

        vs.                      :

                                 :

UNUM LIFE INSURANCE COMPANY OF   :          NO. 02-3016
AMERICA


**ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE**

        **AND NOW**,  this 7th day of October, 2002,  it appearing to the court that the above
entitled case should be transferred from the Civil Suspense File,  it is

        **ORDERED** that the Clerk of Court transfer said case from the Civil Suspense File to the
current docket for final disposition.


_____

    Edmund V. Ludwig ,    J.


Civ 15 (8/80)