IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CATHERINE M. DRYSLEWSKI : CIVIL ACTION
:
    vs. :
: NO. 02-3016
UNUM LIFE INSURANCE
COMPANY OF AMERICA

O R D E R

**AND NOW, TO WIT:** this 9th day of October, 2002, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

    **MICHAEL E. KUNZ,** Clerk of Court

    **BY:**_____
        Kathryne M. Crispell
        Deputy Clerk

_10/9/02_  copies via FAX to:     _10/9/02_  copies mailed to:

Richard L. McMonigle            Daniel J. Zucker

Civ 2 (8/2000)